**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 0:23-cv-60606

DORA VARGAS,
JAIRO VARGAS,
Individuals,

    Plaintiffs,

v.


VW CREDIT, INC.,
A Foreign Corporation,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, DORA and JAIRO VARGAS, ("Plaintiffs") file this Certificate of Interested Persons and Corporate Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      a. DORA VARGAS – Plaintiffs

      b. JAIRO VARGAS – Plaintiffs

      c. SUE YOUR DEALER – A LAW FIRM - Counsel for Plaintiffs

      d. JOSHUA FEYGIN, ESQ. - Counsel for Plaintiffs

      e. NEWHART LEGAL, PA – Co-Counsel for Plaintiffs

      f. DARREN NEWHART – Co-Counsel for Plaintiffs

      g. VW CREDIT, INC. – Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a. DORA VARGAS

      b. JAIRO VARGAS

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: March 29, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@Sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiffs, DORA and JAIRO VARGAS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685