## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:23-cv-60606-AHS

DORA VARGAS and JARIO VARGAS,
individuals,

        Plaintiffs,

v.

VW CREDIT, INC. a foreign corporation,

        Defendant.

_____/

### JOINT STIPULATION TO ARBITRATE AND
### STAY ACTION AS TO DEFENDANT

WHEREAS, defendant VW Credit, Inc. ("VCI") and plaintiffs Dora Vargas and Jairo Vargas ("Plaintiffs"), through their undersigned counsel, hereby stipulate to submit all claims against VCI to binding arbitration and to stay all judicial proceedings against VCI pursuant to the operative arbitration agreement contained in Plaintiffs' Closed End Motor Vehicle Lease;

WHEREAS, in accordance with 9 U.S.C. § 3, the parties request a stay of all proceedings and deadlines in this action pending the conclusion of arbitration;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and VCI, through their respective counsel, that:  (1) all of Plaintiffs' claims against VCI in this action shall be arbitrated pursuant to the written agreement to arbitrate between Plaintiff and VCI; and (2) all proceedings in this matter, including any pending deadlines, should be stayed pending completion of arbitration.

Dated:  May 5, 2023.


By:  _/s/ Brian C. Frontino_          By:    _/s/ Joshua E. Feygin_
   Brian C. Frontino                 Joshua E. Feygin
   Florida Bar No. 95200             Florida Bar No. 124685
   brian.frontino@morganlewis.com    Josh@sueyourdealer.com
   Morgan, Lewis & Bockius LLP       Sue Your Dealer – A Law Firm
   600 Brickell Avenue, Suite 1600   1930 Harrison Street, Suite 208F
   Miami, FL 33131                   Hollywood, FL  33020
   Telephone:  (305) 415-3000        Telephone:  (954) 228-5674
   Facsimile:  (305) 415-3001        Facsimile:   (954) 697-0357


   _Attorneys for Defendant_         _Attorneys for Plaintiffs_